UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

FREDERICK D. STEWART,

        Plaintiff,

-vs-                                          Case No.  5:08-cv-90-Oc-10GRJ

MICHAEL J. ASTRUE, Commissioner of
Social Security,

        Defendant.
_____/

## **O R D E R**

The United States Magistrate Judge has issued a report (Doc. 15) recommending that the Defendant's Motion to Dismiss (Doc. 11), be granted, and that this action be dismissed with prejudice on the grounds that the Court lacks subject matter jurisdiction. Neither party has objected to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.

Accordingly, upon due consideration and an independent review of the record, it is hereby ORDERED AND ADJUDGED that:

(1)    The Magistrate Judge's Report and Recommendation (Doc. 15) is adopted, confirmed and made a part hereof;

(2)    The Defendant's Motion to Dismiss (Doc. 11) is GRANTED, and this case is DISMISSED WITH PREJUDICE; and

(3)    The Clerk is DIRECTED to enter judgment accordingly, terminate any pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 22nd day of August, 2008.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:    Hon. Gary R. Jones
              Counsel of Record